447 A.2d 662

Commonwealth v. Gonzalez, Appellant.
Petition for Allowance of Appeal Denied Oct. 1, 1982.

Submitted December 8, 1981. Stephen P. Patrizio, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is affirmed.

447 A.2d 662

Commonwealth v. Gray, Appellant.

Submitted November 6, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.